UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER L. MARTYNOVICH and
LEONID L. MARTYNOVICH,

      Plaintiff(s),

v.

GMAC MORTGAGE USA CORP., et al.,

      Defendant(s).

No. C09-4390 BZ

**ORDER TRANSFERRING VENUE**

    Defendants GMAC Mortgage and ETS Services improperly removed this case to the United States District Court for the Northern District of California. This case was initially filed in the Superior Court of California for the County of Sacramento which is located in the Eastern District of California. Section 1441(a) only permits removal to the district court where the action is pending. 28 U.S.C. § 1441(a). Defendants have admitted the removal to this district was in error. When a case is removed to the wrong district, I can transfer the case to the correct venue rather than remand the case to state court. See Setterland v. Patel,

1

1 | 2006 WL 335285 (N.D. Cal.); <u>Lee v. Thomas Tours & GSA, Inc.</u>,
2 | 1997 WL 638428 (N.D. Cal.).

  Accordingly, **IT IS HEREBY ORDERED** that this case be **TRANSFERRED** in accordance with 28 U.S.C. 1406 to the Eastern District of California. The Clerk shall transfer the file. The hearing scheduled for November 18, 2009 is **VACATED**.

Dated: October 21, 2009

         _____
         Bernard Zimmerman
         United States Magistrate Judge

G:\BZALL\-BZCASES\MARTYNOVICH V. GMAC\ORDER GRANTING TRANSFER .wpd